## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: EpiPen Direct Purchaser Litigation<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Direct Purchaser Actions* | File No. 20-cv-00827 (ECT/TNL) |

## <u>STIPULATION</u>

Plaintiffs Rochester Drug Co-Operative, Inc. and Dakota Drug, Inc. (collectively, "Plaintiffs") and defendants (a) Mylan, Inc. and Mylan Specialty L.P., (b) CaremarkPCS Health, L.L.C., Caremark L.L.C., and Caremark Rx L.L.C., (c) Express Scripts, Inc., and Medco Health Solutions, Inc., and (d) OptumRx, Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Consolidated Class Action Complaint ("Complaint") on August 14, 2020 (ECF No. 76);

WHEREAS, each of the Defendants moved to dismiss and on January 15, 2021 the Court issued a Memorandum and Order denying the motions to dismiss claims against the above-named Defendants (the "Order") (ECF No. 125);

WHEREAS, pursuant to Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Defendants' answers are due on January 29, 2021;

WHEREAS, Defendants request an extension to file and serve answers to Plaintiffs' Complaint, and have not previously requested an extension of that date;

NOW THEREFORE, Plaintiffs and Defendants stipulate as follows:

1.      Defendants shall answer Plaintiffs' Complaint on or before March 1, 2021; and

2.      No party will take the position that the March 1, 2021 deadline for Defendants' answers is grounds to delay the Rule 16 conference in this matter or the Rule 26(f) conference among the parties.

IT IS SO STIPULATED.

Dated:  January 27, 2021

**FOR PLAINTIFFS:**

*/s/ Andrew C. Curley*
David F. Sorensen
Caitlin G. Coslett
Andrew C. Curley
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
dsorensen@bm.net
ccoslett@bm.net
acurley@bm.net

E. Michelle Drake, Bar No. 0387366
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55414
T. 612.594.5933
F. 612.584.4470
emdrake@bm.net

Bruce E. Gerstein
Noah Silverman
GARWIN GERSTEIN & FISHER LLP
88 Pine Street, 10th Floor

**FOR DEFENDANTS:**

*/s/ Adam K. Levin*
Peter H. Walsh (MN #0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, Minnesota 55402
Telephone: (612) 402-3000
Facsimile: (612) 339-5167
peter.walsh@hoganlovells.com

Adam K. Levin (*pro hac vice*)
David M. Foster (*pro hac vice*)
Justin W. Bernick (*pro hac vice*)
Carolyn A. DeLone (*pro hac vice*)
Kathryn M. Ali (*pro hac vice*)
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
david.foster@hoganlovells.com
justin.bernick@hoganlovells.com
carrie.delone@hoganlovells.com
kathryn.ali@hoganlovells.com

New York, NY 10005
(212) 398-0055
bgerstein@garwingerstein.com
nsilverman@garwingerstein.com

*Interim Co-Lead Counsel*
*for the Direct Purchaser Class*

*Counsel for the Mylan Defendants*

/s/  John W. Ursu
John W. Ursu, #032257X
Isaac B. Hall, #0395398
FAEGRE DRINKER BIDDLE & REATH
LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.ursu@faegredrinker.com
isaac.hall@faegredrinker.com

*Counsel for the CVS Caremark Defendants*

3

*/s/ Donald G. Heeman*
Donald G. Heeman, #286023
Jessica J. Nelson, #347358
Randi J. Winter, #391354
SPENCER FANE LLP
100 South Fifth Street, Suite 2500
Minneapolis, Minnesota 55402
Telephone: (612) 268-7000
Facsimile: (612) 268-7001
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Michael J. Lyle (*pro hac vice*)
Eric C. Lyttle (*pro hac vice*)
Jonathan G. Cooper (*pro hac vice*)
Carolyn L. Hart (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
Telephone:  (202) 538-8000
Facsimile:  (202) 538-8100
mikelyle@quinnemanuel.com
ericlyttle@quinnemanuel.com
jonathancooper@quinnemanuel.com
carolynhart@quinnemanuel.com

*Counsel for the Express Scripts*
*Defendants*

*/s/ Kadee J. Anderson*
Kadee J. Anderson (MN 0389902)
Andrew J. Glasnovich (MN 0398366)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: (612)335-1500
E-mail: kadee.anderson@stinson.com
E-mail: drew.glasnovich@stinson.com

AND

4

Brian D. Boone (*Pro Hac Vice*)
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 29280-400
704-444-1000
brian.boone@alston.com

Elizabeth Broadway Brown (*Pro Hac Vice*)
D. Andrew Hatchett (*Pro Hac Vice*)
Bradley D. Harder (*Pro Hac Vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000
liz.brown@alston.com
andrew.hatchett@alston.com
bradley.harder@alston.com

*Counsel for Optum*