## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: EpiPen Direct Purchaser Litigation<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Direct Purchaser Actions* | File No. 20-cv-00827 (ECT/TNL) |

## [PROPOSED] ORDER APPROVING STIPULATION

This matter is before the Court on the stipulation of the parties filed on January 27, 2021, ECF No. 127 (the "Stipulation"). In accordance with that stipulation, it is hereby ordered:

1. The Stipulation is **APPROVED**.

IT IS SO ORDERED,

Dated this _____ day of January, 2021 at Minneapolis, Minnesota.

_____
Tony N. Leung
United States Magistrate Judge