# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: EpiPen Direct Purchaser Litigation<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Direct Purchaser Actions* | File No. 20-cv-00827 (ECT/TNL) |

## ORDER APPROVING STIPULATION

This matter is before the Court on the stipulation of the parties filed on January 27, 2021, ECF No. 127 (the "Stipulation"). In accordance with that stipulation, **IT IS HEREBY ORDERED:**

1. Defendants shall answer Plaintiffs' Complaint on or before March 1, 2021; and

2. No party will take the position that the March 1, 2021 deadline for Defendants' answers is grounds to delay the Rule 16 conference in this matter or the Rule 26(f) conference among the parties.

IT IS SO ORDERED,

Dated this 28th day of January, 2021 at Minneapolis, Minnesota.

*s/Tony N. Leung*_____
Tony N. Leung
United States Magistrate Judge