IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: EpiPen Direct Purchaser Litigation<br><br>THIS DOCUMENT RELATES TO:<br>All Direct Purchaser Actions | Case No. 0:20-cv-00827-ECT-TNL |

**AMENDED CORPORATE DISCLOSURE STATEMENT**
**FOR THE MYLAN DEFENDANTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Mylan Inc. and Mylan Specialty L.P. certify that:

1.  Defendant Mylan Inc. is a wholly-owned indirect subsidiary of Viatris Inc.

2.  Defendant Mylan Specialty L.P. is a wholly-owned indirect subsidiary of Defendant Mylan Inc.

3.  Viatris Inc. is a publicly-held company organized and existing under the laws of Delaware.

4.  Viatris Inc. does not have a parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated:  March 4, 2021

Respectfully submitted,

*/s/  Adam K. Levin*

Adam K. Levin (DC #460362)
David M. Foster (DC #497981)
Charles A. Loughlin (DC #448219)
Justin W. Bernick (DC #988245)
Carolyn A. DeLone (DC #1004476)
Kathryn M. Ali (DC #994633)
Katherine B. Wellington (DC #1049120)

2

        Christine A. Sifferman (DC #1613936)
        (Admitted *pro hac vice*)
        HOGAN LOVELLS US LLP
        555 13th Street, NW
        Washington, DC 20004
        Telephone: (202) 637-5600
        Fax: (202) 637-5910
        adam.levin@hoganlovells.com

        Peter H. Walsh (MN #0388672)
        HOGAN LOVELLS US LLP
        80 South Eighth Street, Suite 1225
        Minneapolis, MN 55402
        Telephone: (612) 402-3000
        Facsimile: (612) 339-5167
        peter.walsh@hoganlovells.com

        *Counsel for the Mylan Defendants*