**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: EpiPen Direct Purchaser Litigation | Court File No. 20-cv-827 (ECT/JFD) |
| (This Document Applies To All Cases) | **DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |

Defendants Mylan Inc., Mylan Specialty L.P., CVS Health Corporation, CaremarkPCS Health L.L.C., Caremark L.L.C., Caremark Part D Services, L.L.C., Caremark Rx L.L.C., Express Scripts Holding Company, Express Scripts, Inc., Medco Health Solutions, Inc., UnitedHealth Group Incorporated, UnitedHealthcare, Inc., United HealthCare Services, Inc., Optum, Inc., OptumRx Holdings, LLC, and OptumRx, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby move to dismiss the claims asserted against them in the First Amended Consolidated Class Action Complaint by Plaintiffs Rochester Drug Co-Operative, Inc. and Dakota Drug, Inc. (collectively "Plaintiffs"), and all others similarly situated.  Specifically, Defendants seek dismissal of (1) Counts I and II, as to all Defendants,  to the extent they rely on predicate acts of (i) Travel Act violations predicated on violations of the Anti-Kickback Statute and (ii) violations of West Virginia Code § 47-11A-3; (2) Count IV as to all Defendants; and (3) all claims against Defendants CVS Health Corporation, Express Scripts Holding

Company, UnitedHealth Group Incorporated, United HealthCare, Inc., United HealthCare

Services Inc., Optum, Inc., and OptumRx Holdings, LLC.[1]

This Motion is made pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b)

on the ground that Plaintiffs have failed to state a claim upon which relief can be granted

and have failed to plead fraud with particularity.  This Motion is supported by all files,

records, and proceedings herein, including Defendants' supporting memorandum of law.

---

[1] To preserve issues for appellate review, Defendants incorporate by reference all the arguments in their original motions to dismiss and related briefing. ECF Nos. 85, 87, 90, 92, 108, 109.

Dated: December 6, 2021

/s/  Justin W. Bernick
Adam K. Levin (DC #460362)
David M. Foster (DC #497981)
Charles Loughlin (DC #448219)
Justin W. Bernick (DC #988245)
Carolyn A. DeLone (DC #1004476)
(Admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 13th Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
david.foster@hoganlovells.com
chuck.loughlin@hoganlovells.com
justin.bernick@hoganlovells.com
carrie.delone@hoganlovells.com

Peter H. Walsh (MN #0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Telephone: (612) 402-3000
Facsimile: (612) 339-5167
peter.walsh@hoganlovells.com

*Counsel for Defendants Mylan Inc. and
Mylan Specialty L.P.*

Dated: December 6, 2021

By: */s/ John W. Ursu*

John W. Ursu, #032257X
Isaac B. Hall, #0395398
FAEGRE DRINKER BIDDLE & REATH
LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.ursu@faegredrinker.com
isaac.hall@faegredrinker.com

Enu Mainigi (*pro hac vice*)
Craig D. Singer (*pro hac vice*)
Daniel M. Dockery (*pro hac vice*)
Adithi S. Grama (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
csinger@wc.com
ddockery@wc.com
agrama@wc.com

*Counsel for Defendants CVS Health
Corporation, CaremarkPCS Health L.L.C.,
Caremark L.L.C., Caremark Part D
Services, L.L.C., and Caremark Rx L.L.C.*

Dated:  December 6, 2021

By: */s/ Jessica J. Nelson*
Donald G. Heeman, #286023
Jessica J. Nelson, #347358
Randi J. Winter, #0391354
SPENCER FANE LLP
100 South Fifth Street, Suite 2500
Minneapolis, MN  55402
Telephone:  (612) 268-7000
Facsimile:  (612) 268-7001
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

AND

Michael Lyle (*pro hac vice*)
Jonathan Cooper (*pro hac vice*)
Eric C. Lyttle (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
Facsimile:  (202) 538-8100
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com
ericlyttle@quinnemanuel.com

*Attorneys for Defendants Express Scripts*
*Holding Company, Express Scripts, Inc., and*
*Medco Health Solutions, Inc.*

Dated:  December 6, 2021

By: /s/  *Kadee J. Anderson*

Kadee J. Anderson (MN Bar No. 0389902)
Andrew Glasnovich (MN Bar No. 0398366)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Phone: 612-335-1500
E-mail: kadee.anderson@stinson.com
E-mail: drew.glasnovich@stinson.com

AND

Brian D. Boone (Pro Hac Vice)
Brandon C.E. Springer (Pro Hac Vice)
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 29280-400
704-444-1000
brian.boone@alston.com
brandon.springer@alston.com

Elizabeth Broadway Brown (Pro Hac Vice)
D. Andrew Hatchett (Pro Hac Vice)Jordan E.
Edwards (Pro Hac Vice)
Bradley D. Harder (Pro Hac Vice)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000
liz.brown@alston.com
andrew.hatchett@alston.com
jordan.edwards@alston.com
bradley.harder@alston.com

*Attorneys for Defendants UnitedHealth
Group Incorporated, UnitedHealthcare,
Inc., United HealthCare Services, Inc.,
Optum, Inc., OptumRx Holdings, LLC, and
OptumRx, Inc.*

6