# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: EpiPen Direct Purchaser Litigation | **COURT MINUTES** <br> BEFORE: JOHN F. DOCHERTY |
| THIS DOCUMENT RELATES TO: <br> All Actions | U.S. MAGISTRATE JUDGE |
| | Case No.: 20-cv-827 (ECT/JFD) <br> Date: May 19, 2022 <br> Location: videoconference <br> Court Reporter: Lori Simpson <br> Time Commenced: 10:00 AM <br> Time Concluded: 11:03 AM |

## MOTION HEARING

**APPEARANCES:**

Plaintiffs: Noah Silverman, Peter Kohn, David Calvello, and Thomas Maas

Express Scripts and Medco Defendants: Jonathan Cooper, Eric Lyttle, Michael Soyfer, Don Heeman, and Jessica Nelson

Caremark Defendants: Craig Singer and Isaac Hall

Mylan Defendants: David Foster, Carrie DeLone, and Tony Ufkin

OptumRX Inc.: Brandon Springer, Brian Boone, Liz Broadway Brown, Jordan Edwards, and Kadee Anderson

**PROCEEDINGS:**

The Court held a hearing on Plaintiffs' Amended Motion to Compel Election of Defenses (Dkt. No. 426). The motion was denied. The Court will issue a written order in due course, and the time for any appeal will run from the date of the written order.

By May 26, 2022, the parties shall file letters setting forth their positions on the following topics: (1) whether to reschedule the May 31 case management conference to a date in early June; (2) whether their schedules will accommodate rescheduling the July 13 case management conference to July 8 at 1:00 p.m.; and (3) whether to schedule case management conferences after July 2022.

*s/ ALM*
Judicial Law Clerk
