# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: EpiPen Direct Purchaser Litigation | **COURT MINUTES**<br>BEFORE: JOHN F. DOCHERTY |
| THIS DOCUMENT RELATES TO:<br>All Actions | U.S. MAGISTRATE JUDGE |
| | Case No.: 20-cv-827 (ECT/JFD)<br>Date: July 8, 2022<br>Location: Videoconference<br>Court Reporter: Erin Drost<br>Time: 1:05–2:15 p.m. |

## CASE MANAGEMENT CONFERENCE

**APPEARANCES:**

Plaintiffs: Stuart Des Roches, Noah Silverman, Joseph Lukens, Peter Kohn, Susan Segura, and David Raphael

Caremark Defendants: Daniel Dockery and John Ursu

Defendants Express Scripts and Medco Health Solutions: Samuel Johnson, Jonathan Cooper, Donald Heeman, and Jessica Nelson

Mylan Defendants: Elizabeth Jose, Carrie DeLone, and David Foster

Defendant Optum Rx: Jordan Edwards, Liz Broadway Brown, Brian Boone, and Drew Glasnovich


**PROCEEDINGS:**

The Court held a case management conference on the parties' agenda and status reports (Dkt. Nos. 477, 479, 480). The parties updated the Court on the status of discovery, and the parties will continue to meet and confer over any disputes.

In addition, the Court directed Plaintiffs to meet and confer with Defendants about a potential amendment to the complaint concerning the Pennsylvania commercial bribery statute. Depending on the outcome of the meet-and-confer, the parties will stipulate to

amend the complaint, request resolution through the Court's informal dispute resolution procedure, or file a motion.

The Court also directed Plaintiffs to consult with their experts about whether those experts intend to calculate per-class-member overcharges in response to Express Scripts' interrogatories, and then to convey a definitive answer to Express Scripts' counsel within two weeks about whether they are willing to provide those calculations. Express Scripts' counsel can then decide on what action, if any, they and their client wish to take.

*s/ ALM*
Judicial Law Clerk
