# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: EpiPen Direct Purchaser Litigation<br><br>THIS DOCUMENT RELATES TO:<br><br>*All Direct Purchaser Actions* | Court File No. 20-cv-00827 (ECT/JFD) |

## ORDER GRANTING JOINT MOTION
## FOR EXTENSION OF THE FACT DISCOVERY SCHEDULE

This matter comes before the Court upon Plaintiffs' Dakota Drug, Inc. ("Dakota Drug") and Rochester Drug Co-operative, Inc. ("Rochester Drug") (collectively, "Plaintiffs") and Defendants' Caremark, L.L.C., Caremark RX, L.L.C., CaremarkPCS Health, L.L.C., and CVS Caremark Part D Services, L.L.C. (collectively, "Caremark") Express Scripts, Inc. ("ESI") and Medco Health Solutions, Inc. (collectively, "Express Scripts"), OptumRx, Inc ("OptumRx"), and Mylan Inc. and Mylan Specialty L.P. (collectively, "Mylan") Joint Motion for Extension of the Fact Discovery Schedule (Dkt. No. 494) pursuant to Federal Rule of Civil Procedure 16(b). Having considered the parties' Motion,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the pretrial schedule shall be amended to extend the deadline for the conclusion of fact discovery until February 3, 2023. Accordingly, the pretrial schedule shall be amended as follows:

1

| | |
|---|---|
| Plaintiffs' Class Expert identification and reports due | Feb. 1, 2023 |
| Close of Fact Discovery | Feb. 3, 2023 |
| Deadline for all non-dispositive motions and supporting documents which relate to fact discovery | Feb. 3, 2023 |
| Defendants' Class Expert identification and reports due | Mar. 15, 2023 |
| Plaintiffs' Class Experts Rebuttal witnesses and reports shall be disclosed | Apr. 3, 2023 |
| Defendants' Class Experts Rebuttal witnesses and reports shall be disclosed | Apr. 17, 2023 |
| Close of class expert discovery (including depositions) | June 1, 2023 |
| Deadline for all non-dispositive motions and supporting documents which relate to class expert discovery | June 1, 2023 |
| Plaintiffs' class motion due | June 30, 2023 |
| Defendants' responses to class motion due | Aug. 1, 2023 |
| Plaintiffs' reply supporting class motion due | Aug. 15, 2023 |
| Plaintiffs' Merits Experts identification and reports due | Jan. 16, 2024 |
| Defendants' Merits Expert identification and reports due | Mar. 1, 2024 |
| Plaintiffs' Merit Expert Rebuttal witnesses and reports shall be disclosed | Mar. 15, 2024 |
| Defendants' Merits Experts Rebuttal witnesses and reports shall be disclosed | Apr. 2, 2024 |
| Close of merits expert discovery (including depositions) | May 15, 2024 |
| Deadline for all non-dispositive motions and supporting documents which relate to merit expert discovery | May 15, 2024 |

| | |
|---|---|
| Deadline for all dispositive motions, including Summary Judgment, *Daubert* and decertification motions | June 18, 2024 |
| Trial ready | Oct. 15, 2024 |

Dated: August 18, 2022

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge