## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: EpiPen Direct Purchaser Litigation | File No. 20-cv-00827 (ECT/JFD) |
| THIS DOCUMENT RELATES TO: | |
| *All Actions* | |

## [PROPOSED] ORDER

This matter comes before the Court on a stipulation by Plaintiffs and Defendants to extend the briefing schedule for Defendants' Motion Under Rule 12(c) for Partial Judgment on the Pleadings. ECF No. 613. In accordance with that stipulation, it is hereby ordered that:

1. Plaintiffs' response shall be due February 1, 2023.

2. Defendants' reply shall be due February 22, 2023.

3. The hearing date set for March 6, 2023 shall remain unchanged.

IT IS SO ORDERED.

Dated this ___ day of _____, 2023 at Minneapolis, Minnesota.

_____
Eric C. Tostrud
United States District Judge