# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: EpiPen Direct Purchaser Litigation<br><br>(This Document Applies To All Cases) | Case No. 20-cv-827 (ECT/JFD)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF DAVID BASSALI** |

To: The Clerk of Court and to All Parties and Counsel of Record

PLEASE TAKE NOTICE that, pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, David Bassali of the law firm Williams & Connolly LLP is hereby withdrawn as counsel of record for Defendants CVS Health Corporation, CaremarkPCS Health L.L.C., Caremark L.L.C., Caremark Part D Services, L.L.C., and Caremark Rx L.L.C., in the above-captioned matter. Mr. Grama should be removed from the Court's service list with respect to this action. Williams & Connolly LLP and Faegre Drinker Biddle & Reath LLP continue to serve as Counsel for Defendants CVS Health Corporation, CaremarkPCS Health L.L.C., Caremark L.L.C., Caremark Part D Services, L.L.C., and Caremark Rx L.L.C.

Dated: June 13, 2023

By: /s/John W. Ursu
John W. Ursu, #032257X
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.ursu@faegredrinker.com
isaac.hall@faegredrinker.com

Enu Mainigi (pro hac vice)
Craig D. Singer (pro hac vice)
Ashley W. Hardin (pro hac vice)
Daniel M. Dockery (pro hac vice)
Annie E. Showalter (pro hac vice)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
csinger@wc.com
ahardin@wc.com
ddockery@wc.com
ashowalter@wc.com

*Counsel for Defendants CVS Health Corporation, CaremarkPCS Health L.L.C., Caremark L.L.C., Caremark Part D Services, L.L.C., and Caremark Rx L.L.C.*